UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>                Plaintiff,<br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>                Defendants. | C.A. No. 1:04-CV-10668-DPW |

STIPULATION OF DISMISSAL
(Maritime Asbestos)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims and counterclaims in the captioned action are hereby dismissed, with prejudice, without costs, and with all rights of appeal waived.

- 2 -

|  |  |
|---|---|
| | Respectfully submitted, |
| LIBERTY MUTUAL INSURANCE COMPANY | THE BLACK & DECKER CORPORATION, ET ALS. |
| By its Attorneys, | By their Attorneys, |

_____
Ralph T. Lepore, III (BBO #294420)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

_____
Jack R. Pirozzolo (BBO #400400)
Richard L. Binder (BBO #043240)
WILLCOX, PIROZZOLO & MCCARTHY
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated: March 24, 2005

# 2589414_v1

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on

_____3-24-05_____ By Hand / By Mail